J-A13009-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| DIANE M. MCCLELLAND | |
| Appellant | No. 1806 WDA 2013 |

Appeal from the Judgment of Sentence June 21, 2013
In the Court of Common Pleas of Washington County
Criminal Division at No(s): CP-63-CR-0002056-2011

BEFORE: PANELLA, J., SHOGAN, J., and OTT, J.

CONCURRING STATEMENT BY OTT, J: **FILED AUGUST 14, 2015**

I agree with the conclusion of the Majority that McClelland's counseled brief is so woefully underdeveloped that it substantially impairs our ability to conduct review of the issues raised on appeal, and, consequently, we are constrained to find all of her claims waived for purposes of direct appeal. Nevertheless, I write separately to emphasize that McClelland's challenge to the sufficiency of the evidence supporting her conviction of criminal conspiracy to commit homicide appears to be a potentially meritorious issue, and note she still has the opportunity to raise that claim within the context of the ineffectiveness of direct appeal counsel in a subsequent post-conviction collateral proceeding. *See* 42 Pa.C.S. § 9541 *et seq*.